[Counsel listed on signature pages]

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETLIST, INC.<br><br>              Plaintiff,<br><br>      v.<br><br>SMART MODULAR TECHNOLOGIES, INC., SMART STORAGE SYSTEMS, INC., SMART WORLDWIDE HOLDINGS, INC. and DIABLO TECHNOLOGIES, INC.<br><br>              Defendants. | Case No. 2:13-cv-02613-TLN-EFB<br><br>**JOINT STIPULATION TO STAY AND ORDER** |

1  WHEREAS Plaintiff Netlist, Inc. filed a First Amended Complaint in the Central District of California on August 23, 2013 against Defendants SMART Modular Technologies, Inc. and SMART Worldwide Holdings, Inc.

WHEREAS the First Amended Complaint alleges "Attempted Monopolization Under 15 U.S.C. § 2" (Count Six); "*Walker Process* Violation Under 15 U.S.C. § 2" (Count Seven); "Unfair Competition – California Bus. & Prof. Code § 17200" (Count Thirteen); and "Common Law Fraud" (Count Fourteen) (collectively, "Transferred Counts")

WHEREAS the Central District of California severed and transferred Netlist's Transferred Counts to the Eastern District of California, Case No. 2:13-cv-02613-JAM-CKD;

WHEREAS this Court issued a Related Case Order relating Case No. 2:13-cv-02613-JAM-CKD to a pending patent infringement lawsuit involving U.S. Patent No. 8,250,295, *SMART Modular Technologies, Inc. v. Netlist, Inc.*, Case No. 2:12-cv-02319-TLN-EFB ("SMART Modular's Patent Action");

WHEREAS SMART Modular's Patent Action is stayed indefinitely pending the *inter partes* reexamination of claims 1-7 of U.S. Patent No. 8,250, 295.

THEREFORE, Plaintiff and Defendants jointly stipulate to staying this action, Case No. 2:13-cv-02613-TLN-EFB, pending the United States Patent and Trademark Office's *inter partes* reexamination of U.S. Patent No. 8,250,295. The parties jointly stipulate to vacating all deadlines pending the *inter partes* reexamination.

**IT IS SO ORDERED.**

Dated: March 6, 2014

_____
Troy L. Nunley
United States District Judge

| | | |
|---|---|---|
| 1 | DATED: March 5, 2014 | KING & SPALDING LLP |
| 2 | | |
| 3 | | _/s/ Michael F. Heafey_____ |
| 4 | | MICHAEL F. HEAFEY (SBN 153499) |
| | | mheafey@kslaw.com |
| 5 | | King & Spalding LLP |
| | | 601 South California Avenue |
| 6 | | Palo Alto, CA 94304 |
| | | Telephone: +1 650 422 6700 |
| 7 | | Facsimile: +1 650 422 6800 |
| 8 | | Attorneys for Defendants |
| | | SMART MODULAR TECHNOLOGIES, INC. and |
| 9 | | SMART WORLDWIDE HOLDINGS, INC. |

McANDREWS, HELD & MALLOY

_/s/ Sean C. Cunningham_____

SEAN C. CUNNINGHAM (SBN 174931)
sean.cunningham@dlapiper.com
STANLEY J. PANIKOWSKI (SBN 224232)
stanley.panikowski@dlapiper.com
ERIN P. GIBSON (SBN 229305)
erin.gibson@dlapiper.com
RYAN W. COBB (SBN 277608)
ryan.cobb@dlapiper.com
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego, CA 92101-4297
Telephone : 619-699-2700
Facsimile : 619-699-2701

RAJIV DHARNIDHARKA (Bar No. 234756)
rajiv.dharnidharka@dlapiper.com
DLA PIPER LLP (US)
400 Capitol Mall, #2400
Sacramento, CA  95814
Telephone:    916-930-3200
Facsimile:    916-930-3201

THOMAS J. WIMBISCUS (Pro Hac Vice)
twimbiscus@mcandrews-ip.com
GREGORY C. SCHODDE (Pro Hac Vice)
gschodde@mcandrews-ip.com
WAYNE H. BRADLEY (Pro Hac Vice)
wbradley@mcandrews-ip.com
McANDREWS, HELD & MALLOY
500 West Madison Street, 34th Floor

Chicago, IL  60661
Telephone:	312-775-8000
Facsimile:	312-775-8100

Dean J. Zipser
dzipser@manatt.com
Manatt, Phelps & Phillips, LLP
695 Town Center Drive, 14th Floor
Costa Mesa, CA 92626
Telephone:	714-371-2500
Facsimile:	714-371-2550

Attorneys for Plaintiff NETLIST, INC.

ATTESTATION CLAUSE

I attest under penalty of perjury that the concurrence in the filing of this document has been obtain from the above signatories.

Dated: March 5, 2014                   By: */s/ Michael F. Heafey*
                                            Michael F. Heafey