Sean C. Cunningham (Bar No. 174931)
sean.cunningham@dlapiper.com
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego, CA 92101-4297
Telephone: (619) 699-2700
Facsimile: (619) 699-2701

Attorneys for Plaintiff
NETLIST, INC.

Michael F. Heafey (Bar No. 153499)
michael.heafey@troutman.com
TROUTMAN SANDERS LLP
580 California Street, Suite 1100
San Francisco, CA 94104
Telephone: (415) 477-5700
Facsimile: (415) 477-5710

Attorneys for Defendants
SMART MODULAR TECHNOLOGIES, INC.
and SMART WORLDWIDE HOLDINGS,
INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETLIST, INC.,<br><br>   Plaintiff,<br><br>  v.<br><br>SMART MODULAR TECHNOLOGIES, INC., SMART STORAGE SYSTEMS, INC., SMART WORLDWIDE HOLDINGS, INC., and DIABLO TECHNOLOGIES INC.,<br><br>   Defendants. | Case No. 2:13-cv-02613-TLN-EFB<br><br>**JOINT MOTION TO DISMISS WITH PREJUDICE AND PROPOSED ORDER**<br><br>Trial Date: None Set<br>Action filed: July 1, 2013 |

NETLIST, INC. as plaintiff and counter defendant and SMART MODULAR

TECHNOLOGIES, INC. and SMART WORLDWIDE HOLDINGS, INC. as defendants and

counterclaimants have resolved their disputes and now desire to terminate this action **with**

**prejudice**. Netlist, Inc., Smart Modular Technologies, Inc., and Smart Worldwide Holdings, Inc. now stipulate:

1) Netlist Inc. dismisses **with prejudice** all legal claims it asserted in this action;

2) Smart Modular Technologies, Inc., and Smart Worldwide Holdings, Inc. dismiss **with prejudice** all counterclaims asserted in this action and dismiss **with prejudice** all mandatory counterclaims whether or not they asserted such mandatory counterclaims in this action; and

3) Smart Modular Technologies, Inc., and Smart Worldwide Holdings, Inc. dismiss **with prejudice** all affirmative defenses asserted in this action.

The parties stipulate that each party shall bear its own costs and fees.

The parties request that the Court enter the proposed order filed with this motion.

Dated: January 18, 2019       DLA PIPER LLP (US)

By: */s/ Sean C. Cunningham*
Sean C. Cunningham
Attorneys for Plaintiff
NETLIST, INC.

Dated: January 18, 2019       TROUTMAN SANDERS LLP

By: */s/ Michael F. Heafey*
Michael F. Heafey
Attorneys for Defendants
SMART MODULAR TECHNOLOGIES, INC. and SMART WORLDWIDE HOLDINGS, INC.

TROUTMAN SANDERS LLP
580 CALIFORNIA STREET, SUITE 1100
SAN FRANCISCO, CA 94104

**IT IS SO ORDERED** this 18th day of January 2019.

_____
Troy L. Nunley
United States District Judge

Troutman Sanders LLP
580 California Street, Suite 1100
San Francisco, CA 94104